UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-21504 |
| | ) | |
| TILLMAN, KAREN L aka. | ) | |
| MULLINS, KAREN | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on November 7, 2012 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: October 10, 2012          By: /s/ Richard M. Fogel
                                          Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: TILLMAN, KAREN L | § | Case No. 11-21504 |
| | § | |
| MULLINS, KAREN | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 4,996.00 |
| *and approved disbursements of* | $ | 226.56 |
| *leaving a balance on hand of* [1] | $ | 4,769.44 |
| **Balance on hand:** | $ | 4,769.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 4,769.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,249.00 | 0.00 | 1,249.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,249.00 |
| Remaining balance: | $ | 3,520.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,520.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,520.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,360.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 1,325.41 | 0.00 | 498.48 |
| 2 | CitiFinancial, Inc | 8,035.01 | 0.00 | 3,021.96 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,520.44 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-21504-TAB
Karen L Tillman                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: tmaurer            Page 1 of 2         Date Rcvd: Oct 11, 2012
                            Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2012.
```
db          +Karen L Tillman,    18350 Lange,    Lansing, IL 60438-3304
17303454     Ashro,    1515 S 21st Street,    Clinton, IA 52732-6676
17303455    +Audrey Hamer,    c/o Taradji Law Offices,    205 W. Randolph, Suite 1310,    Chicago, IL 60606-1815
17303457   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Chase,    PO Box 1093,    Northridge, CA 91328-1093)
17303458     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
17933614     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17303459     Chase-BP,    PO Box 15298,    Wilmington, DE 19850-5298
18022203    #CitiFinancial, Inc,    P.O. Box 140489,    Irving, TX 75014-0489
17303460     Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
17303463     HSBC/MS,    PO Box 3425,    Buffalo, NY 14240-3425
17303464    +IC Systems, Inc.,    P.O. Box 64387,    Saint Paul, MN 55164-0387
17303465    +Nationwide,    1431 Opus Placw,    Suite 100,    Downers Grove, IL 60515-1164
17303467    +Sears/CBSD,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
17303468   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 790084,    Saint Louis, MO 63179-0084)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17303453     E-mail/PDF: recoverybankruptcy@afninet.com Oct 12 2012 02:20:37     AFNI,    P O Box 3097,
              Bloomington, IL 61702-3097
17303456    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Oct 12 2012 02:07:03
              Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
17363010    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 12 2012 02:15:52
              Capital One Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
17303461    +E-mail/Text: legalcollections@comed.com Oct 12 2012 02:05:17     ComEd,    Bill Payment Center,
              Chicago, IL 60668-0001
17303462    +E-mail/Text: creditonebknotifications@resurgent.com Oct 12 2012 02:01:55     Credit One Bank,
              PO Box 98875,    Las Vegas, NV 89193-8875
17303466     E-mail/Text: bankrup@nicor.com Oct 12 2012 02:01:02     Nicor,    PO Box 0632,
              Aurora, IL 60507-0632
                                                                                              TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 13, 2012**                          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 2 of 2               Date Rcvd: Oct 11, 2012
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2012 at the address(es) listed below:
              Gloria C  Tsotsos    on behalf of Creditor   JPMC Specialty Mortgage LLC f/k/a WM Specialty
               Mortgage LLC nd-three@il.cslegal.com
              James L Hardemon    on behalf of Debtor Karen Tillman bknotices@legalremedieschicago.com,
               jhardemon@legalremedieschicago.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    on behalf of Trustee Richard Fogel rfogel@shawgussis.com
              Richard M. Fogel    rfogel@shawfishman.com
                                                                                             TOTAL: 5