**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  TILLMAN, KAREN L | § | Case No. 11-21504 |
|  | § | |
|     MULLINS, KAREN | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $161,210.00           Assets Exempt:  $18,110.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,520.44           Claims Discharged
                                                     Without Payment: $50,955.98

Total Expenses of Administration: $1,475.56

3) Total gross receipts of $    4,996.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $4,996.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $241,722.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,475.56 | 1,475.56 | 1,475.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,683.00 | 9,360.42 | 9,360.42 | 3,520.44 |
| **TOTAL DISBURSEMENTS** | $297,405.00 | $10,835.98 | $10,835.98 | $4,996.00 |

   4) This case was originally filed under Chapter 7 on May 20, 2011. The case was pending for 19 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2013            By: /s/RICHARD M. FOGEL
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference actions | 1241-000 | 4,996.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,996.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 190,613.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/MS | 4110-000 | 47,540.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 4110-000 | 3,569.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$241,722.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,249.00 | 1,249.00 | 1,249.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.56 | 1.56 | 1.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,475.56 | $1,475.56 | $1,475.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 1,325.00 | 1,325.41 | 1,325.41 | 498.48 |
| 2 | CitiFinancial, Inc | 7100-000 | 9,242.00 | 8,035.01 | 8,035.01 | 3,021.96 |
| NOTFILED | Nationwide | 7100-000 | 10,259.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 661.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 27,794.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBSD | 7100-000 | 1,357.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | IC Systems, Inc. | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,973.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | AFNI | 7100-000 | 305.00 | N/A | N/A | 0.00 |
| NOTFILED | Audrey Hamer c/o Taradji Law Offices | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ashro | 7100-000 | 247.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $55,683.00 | $9,360.42 | $9,360.42 | $3,520.44 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21504  
**Case Name:** TILLMAN, KAREN L  

**Period Ending:** 01/02/13

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/20/11 (f)  
**§341(a) Meeting Date:** 06/27/11  
**Claims Bar Date:** 12/29/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single Family Home: 18350 Lange, Lansing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 149,500.00 | 0.00 | DA | 0.00 | FA |
| 2  Cash<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking Account - First Savings Bank of Hegewis<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4  Household Furnishings - Living Room, Dining Room<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 5  Used Clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  Term Life Insurance Death Benefit - $15,000 Bene<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7  2010 Tax Refund - (Received and Spent)<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8  2007 Nissan Murano - 100,000 Miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 11,000.00 | 31.00 | DA | 0.00 | FA |
| 9  Preference actions  (u)  (See Footnote) | 0.00 | 7,500.00 | | 4,996.00 | FA |
| **9   Assets   Totals** (Excluding unknown values) | **$161,210.00** | **$7,531.00** | | **$4,996.00** | **$0.00** |

RE PROP# 9    Trustee negotiated settlement with debtor to pay $5,000 @ $417.00 per month instead of pursuing the
              avoidance actions against the debtor's relatives.  Settlement was approved by the court on 11-1-11

**Major Activities Affecting Case Closing:**

Printed: 01/02/2013 06:55 AM    V.13.11

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21504  
**Case Name:** TILLMAN, KAREN L  
**Period Ending:** 01/02/13

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/20/11 (f)  
**§341(a) Meeting Date:** 06/27/11  
**Claims Bar Date:** 12/29/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012        **Current Projected Date Of Final Report (TFR):**   October 10, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-21504 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** TILLMAN, KAREN L | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******84-65 - Checking Account |
| **Taxpayer ID #:** **-***8896 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/02/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/03/11 | {9} | KAREN TILLMAN | Initial settlement payment (held in trust pending court approval) | 1241-000 | 417.00 | | 417.00 |
| 11/11/11 | {9} | KAREN TILLMAN | Installment payment | 1241-000 | 417.00 | | 834.00 |
| 12/09/11 | {9} | KAREN TILLMAN | Installment payment | 1241-000 | 417.00 | | 1,251.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,226.00 |
| 01/27/12 | {9} | KAREN TILLMAN | Installment payment (double) | 1241-000 | 832.00 | | 2,058.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,033.00 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 1.56 | 2,031.44 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,006.44 |
| 03/01/12 | {9} | KAREN TILLMAN | Installment payment | 1241-000 | 417.00 | | 2,423.44 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,398.44 |
| 04/03/12 | {9} | KAREN TILLMAN | Installment payment | 1241-000 | 416.00 | | 2,814.44 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,789.44 |
| 05/15/12 | {9} | KAREN TILLMAN | Installment payment | 1241-000 | 416.00 | | 3,205.44 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,180.44 |
| 06/04/12 | {9} | KAREN TILLMAN | Installment payment | 1241-000 | 416.00 | | 3,596.44 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,571.44 |
| 07/02/12 | {9} | KAREN TILLMAN | Installment payment | 1241-000 | 416.00 | | 3,987.44 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,962.44 |
| 08/01/12 | {9} | KAREN TILLMAN | Settlement payment | 1241-000 | 416.00 | | 4,378.44 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,353.44 |
| 09/13/12 | {9} | KAREN TILLMAN | Final settlement payment | 1241-000 | 416.00 | | 4,769.44 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,744.44 |
| 10/01/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 4,769.44 |
| 11/08/12 | 1002 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,249.00, Trustee Compensation; Reference: | 2100-000 | | 1,249.00 | 3,520.44 |
| 11/08/12 | 1003 | Chase Bank USA, N.A. | 37.60% dividend on Claim # 1, Ref: | 7100-000 | | 498.48 | 3,021.96 |
| 11/08/12 | 1004 | CitiFinancial, Inc | 37.60% dividend on Claim # 2, Ref: 6071305318312736 | 7100-000 | | 3,021.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,996.00 | 4,996.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,996.00 | 4,996.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,996.00** | **$4,996.00** | |

{} Asset reference(s)

Printed: 01/02/2013 06:55 AM        V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-21504  
**Case Name:** TILLMAN, KAREN L  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******84-65 - Checking Account  

**Taxpayer ID #:** **-***8896  
**Period Ending:** 01/02/13  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | | | |
| | | | **Checking # 9200-******84-65** | | 4,996.00 | 4,996.00 | 0.00 |
| | | | | | $4,996.00 | $4,996.00 | $0.00 |

{} Asset reference(s)    Printed: 01/02/2013 06:55 AM    V.13.11